# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3894
_____

LEON J. NICELY JR.,

    Appellant,

    v.

WARDEN FLORES, HOLMES CI
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

June 14, 2024

PER CURIAM.

    AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leon J. Nicely, Jr., pro se, Appellant.

Mark Hiers, Deputy General Counsel, Tallahassee, for Appellee.